IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROMAL DARON HUNTER, | ) | 1:05-CV-01072-OWW-TAG-HC |
| | ) | |
| Petitioner, | ) | ORDER TO SUBMIT NEW APPLICATION TO PROCEED |
| | ) | IN FORMA PAUPERIS AND CERTIFIED |
| vs. | ) | COPY OF TRUST ACCOUNT |
| | ) | STATEMENT **OR** PAY FILING FEE |
| UNKNOWN U. S. MARSHAL, et al., | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, Petitioner's application to proceed in forma pauperis did not include the required original signature by an authorized officer of the institution of incarceration. Additionally, Petitioner has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement **or** pay the $5.00 filing fee.

///

///

1

# **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to Petitioner the form for application to proceed in forma pauperis; and,

2. Within thirty days of the date of service of this order, Petitioner shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    October 13, 2005**            /s/ Theresa A. Goldner
j6eb3d                                           UNITED STATES MAGISTRATE JUDGE