1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   ROMAL DARON HUNTER, | )   1:05–cv-01072-OWW-TAG HC |
| 12 | )   ORDER ADOPTING REPORT AND |
| Petitioner, | )   RECOMMENDATION (Doc. 6) |
| 13 | ) |
| 14   v. | )   ORDER DISMISSING PETITION FOR WRIT<br>)   OF HABEAS CORPUS (Doc. 1) |
| 15   U.S. MARSHALL, | )<br>)   ORDER DIRECTING CLERK OF COURT<br>)   TO ENTER JUDGMENT |
| 16 | ) |
| Respondent. | ) |
| 17 | ) |
| | ) |

18

19        On August 23, 2005, Petitioner filed a petition for writ of habeas corpus pursuant to 28

20   U.S.C. § 2251 in this Court.

21        On December 8, 2005, the Magistrate Judge assigned to the case filed a Report and

22   Recommendation recommending the petition for writ of habeas corpus be DISMISSED for

23   failure to prosecute and failure to follow an order of the Court.  (Doc. 6).  This Report and

24   Recommendation was served on all parties and contained notice that any objections were to be

25   filed within thirty days from the date of service of that order.  To date, the parties have not filed

26   timely objections to the Report and Recommendation.

27        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

28   a *de novo* review of the case.  Having carefully reviewed the entire file, the Court concludes that

1

1  the Magistrate Judge's Report and Recommendation is supported by the record and proper

2  analysis.

3         Accordingly, IT IS HEREBY ORDERED that:

4         1.      The Report and Recommendation, filed December 8, 2005 (Doc. 6), is

5                 ADOPTED IN FULL;

6         2.      This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

7         3.      The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

8         This order terminates the action in its entirety.

9  IT IS SO ORDERED.

10 **Dated:    June 16, 2006**                          _____/s/ Oliver W. Wanger_____
   emm0d6                                       UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28